AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District | MASSACHUSETTS |
|---|---|---|

| Name | Prisoner No. | Case No. |
|---|---|---|
| SOLIO FERNANDEZ | W65679 | |

**Place of Confinement**

MCI Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, Mass. 02056

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Solio Fernandez<br>Petitioner | V.  Luis Spencer,<br>Respondent |

The Attorney General of the State of: Massachusetts    Thomas Rielly  A.G.

**PETITION**

04-10589DPW

MAGISTRATE JUDGE Cohen

1. Name and location of court which entered the judgment of conviction under attack  Bristol County Superior Court,

2. Date of judgment of conviction  December 4th, 1998

3. Length of sentence  Ten to Fifteen Years   (Plea Agreement)

4. Nature of offense involved (all counts)  Carjacking (9873CR0122A-B; Unarmed Robbery; Assault and Battery

5. What was your plea?  (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury  ☐
   (b) Judge only  ☒

7. Did you testify at the trial?
   Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

RECEIPT # 54854
AMOUNT $ 5-
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE  3-26-04

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court __Appellate Division of The Superior Court (Sentence-Appeal)__

    (b) Result __Affirmed__

    (c) Date of result and citation, if known __December 10th, 1998      98-0122__

    (d) Grounds raised __Sentence not what plea of guilty was for-breach of plea agreement__

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court ____

        (2) Result ____

        (3) Date of result and citation, if known ____

        (4) Grounds raised ____

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court ____

        (2) Result ____

        (3) Date of result and citation, if known ____

        (4) Grounds raised ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Bristol Superior Court__

        (2) Nature of proceeding __Motion to Revise and Revoke & Motion for New Trial and Withdrawaral of guilty plea.__

        (3) Grounds raised __Plea not voluntary, intelligently made and knowingly Ineffective assistance of counsel, and prejudical statement by sentencing judge.__

(3)

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result __Motion Denied-Judgment affirmed__

(6) Date of result __April of 2000__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __Bristol Superior Court__

(2) Nature of proceeding __Amended Motion for New Trial and Motion to withdraw guilty plea and reconsideration of motion denial__

(3) Grounds raised __Guilty plea not knowingly, voluntary and intelligently made, Breach of Plea Agreement, Judicial misconduct, ineffective assitance of trail counsel.__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result __Motion Denied-Judgment affirmed__

(6) Date of result __January 13th, 2003__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☒    No ☐
(2) Second petition, etc.    Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: **Guilty Plea was not voluntary, knowingly, or intelligently made**

Supporting FACTS (state *briefly* without citing cases or law) **The defendant was informed that he was entering a guilty plea to a 8 to ten year sentence, and on the day of the plea, the judge changed the sentence to an ten to fifteen year sentence, upon the recommendation of the district attorney, and trial counsel lead the defendant to believe he was attending a bail reduction hearing. Furthermore the judge would not allow him to change his mind as the defendant had indicated that he did not want to plead guilty and did not under-**

B. Ground two: **Ineffective assistant of counsel**

Supporting FACTS (state *briefly* without citing cases or law) **Counsel was ineffective by informing his client that he was going to a bail reduction hearing and not a plea hearing, and trial counsel never informed the defendant that the Commonwealth switched Assistant District Attorney;s and never informed his client that the plea offer has gone up from the 8 to 10 years to a 10 to 15 year sentence. Counsel informed the defendant to plead guilty because the judge was only going to sentence the defendant to the original plea agreement of 8 to 10 years. Additionally the trial counsel erroneously told the defendant that he could not change his mind.**

(5)

GROUND ONE CONTINUED:
    stand what he was pleading too. Because of this misunderstanding and that fact that the defendant did not want to plead guilty as indicated in the plea colloquy transcripts the defendants guilty plea was not voluntary, intelligently or knowingly made.

C.  Ground three: __Judicial Misconduct-Statement by judge prejudicial__

Supporting FACTS (state *briefly* without citing cases or law) the sentencing judge state to the petitioner "Do you recall my telling you that I would not impose a sentence that was greater than what was recommended without giving you a chance to withdraw your plea" yet the sentencing judge refused to allow the petitioner to withdraw his plea, then further stated to petitioner's trial counsel "Let me tell you something, Mr. Kelly, the only reason I'm accepting the recommendation of the Commonwealth and not refusing it--because I think he should get a lot more time than what they're recommending on the basis of his criminal history."

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____
    Ineffective Assistance of Counsel

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing __Edward Kelly   206 Winter Street, P.O. Box 2527,__
        __Fall River, Massachusetts 02722__

    (b) At arraignment and plea __Edward Kelly   206 Winter Street, P.O. Box 2527__
        __Fall River, Massachusetts 02722__

AO 241 (Rev. 5/85)

(c) At trial  Edward Kelly, 206 Winter Street, P.O. Box 2527, Fall River, Massachusetts 02722

(d) At sentencing  Edward Kelly, 206 Winter Street, P.O. Box 2527, Fall River, Massachusetts 02722

(e) On appeal  N/A

(f) In any post-conviction proceeding  Pro Se

(g) On appeal from any adverse ruling in a post-conviction proceeding  Pro Se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

January 28th, 2004
    (date)

_Saito Fernandes_
Signature of Petitioner

(7)

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

EASTERN DISTRICT OF MASSACHUSETTS

SOLIO FERNANDEZ
PETITIONER

V.

LUIS SPENCER,
RESPONDENT

**NOTICE AND ACKNOWLEDGMENT**

**FOR SERVICE BY MAIL**

CASE NUMBER:

### NOTICE

To: Luis Spencer  MCI Norfolk 2 Clark Street, P.O.Box 43, Norfolk, Ma.
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on ___3-24-04___.
Date

_Solio E. Fernandez_
Signature of Sender

Solio Fernandez                         P.O.Box, 43, Norfolk, Mass. 02056
Name of Sender                               Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on

_____ at _____
Date of Receipt         Address

_____          _____
Date of Signature        Signature

_____          Relationship of Entity Served or Authority
Name (Please Type or Print)   to Receive Service of Process

Current Address