UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOLIO FERNANDEZ
    PETITIONER

v.

    CIVIL ACTION
    NO. 04-10589-DPW

LUIS SPENCER
    RESPONDENT

## RESPONDENT'S MOTION TO DISMISS WITH PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer hereby moves this Honorable Court to dismiss with prejudice the Petition for Writ of Habeas Corpus filed by the petitioner, Solio Fernandez. As grounds, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1). The respondent relies upon the accompanying memorandum of law in support of his motion.

    Respectfully submitted,

    THOMAS F. REILLY
    Attorney General

    Daniel I. Smulow, BBO # 641668
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200, ext. 2949

Date: April 15, 2004