UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO# 04-10589-DPW

SOLIO FERNANDEZ,
PETITIONER

V.

LUIS SPENCER
RESPONDENT

## PETITIONERS MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner Solio Fernandez acting pro se in the above entitled matter hereby moves this Honorable Court to enlarge the time limits for the petitioner's response to the respondents motion to dismiss Writ of Habeas Corpus up to and including May 18th, 2004. As grounds therefor, the petitioner states that he just received the respondents motion to dismiss Writ of Habeas Corpus on April 17th, 2004, and that he is currently a state prisoner confined at the MCI Norfolk, at Norfolk, Massachusetts, and this time will be needed to utilize the institutional law library on his assigned day, to case check the respondents case citations and to file an intelligent and adequate response. Furthermore, due to the respondents heavy case load they will not be prejudiced by this request.

WHEREFORE, the petitioner Solio Fernandez respectfully requests that this Honorable Court enlarge the time limits of hisr response up to and including May 18th, 2004.

Respectfully Submitted
By The Petitioner

x Soilo E Fernandez
Solio Fernandez   pro se
P.O.Box 43
Norfolk, Mass. 02056

Date: April 20th, 2004

## CERTIFICATE OF SERVICE

I, Solio Fernandez, hereby certify under the pains and penalties of purjury that a true copy of this motion to enlarge time has been served upon the respondents and/or his attorney of record Mr. Daniel I. Smulow, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to his address located at the Office of the Attorney General, One Ashburton Place, Boston, Massachusetts 02108-1598 on this date.

Dated: April 20th, 2004.

x _Solio E Fernandez_
Solio Fernandez