UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

SOLIO FERNANDEZ, :
    PETITIONER :
              :
V.               :
               :
LUIS SPENCER,  :
    RESPONDENT : NO# 04-10589-DPW

## PETITIONERS MOTION IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS WRIT OF HABEAS CORPUS

The petitioner Solio Fernandez, acting pro se in the above-entitled action and hereby moves this Honorable Court to deny the respondents motion to dismiss as he is not time barred to file as stated in 28 U.S.C. §2244(d)(1). In support thereof the petitioner attaches his affidavit and memorandum of law in support hereto.

Respectfully Submitted
By The Petitioner

_Solio E Fernandez_
Solio Fernandez    pro se
MCI Norfolk
P.O.Box 43
Norfolk, Mass. 02056

Date: May 10th, 2004