UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

SOLIO FERNANDEZ,
    PETITIONER

V.

LUIS SPENCER,
    RESPONDENT : NO# 04-10589-DPW

### AFFIDAVIT OF SOLIO FERNANDEZ IN SUPPORT OF HIS MOTION IN OPPOSITION TO RESPONDENTS MOTION TO DISMISS

I, Solio Fernandez, on oath according to law, do depose and state the following:

1. I am the petitioner in the above-entitled action and make this affidavit in support of my motion in opposition to respondents motion to dismiss as time barred.

2. I am currently a state prisoner incarcerated at the MCI Norfolk, in Norfolk, Massachusetts as a result of indictments No#'s 9873CR0112B through 0122A.

3. On September 28th, 1998 I pled guilty to the above indictments and received a prison term of ten to fifteen years at MCI Cedar Junction. My plea was not voluntarily, knowingly and intelligently made and was the subject of my motions to Revise and Revoke Sentence, Sentence Appeal, New Trial Motions and motions to Withdraw my Guilty Plea.

4. On December 10th, 1998 I filed a timely notice of appeal to the Appellate Division of the Superior Court for a review of sentence.

5. On May 8th, 2000 the Appellate Division of the Superior Court denied my appeal and affirmed my sentence.

AFFIDAVIT PAGE TWO

6. On March 22nd, 1999 I filed with the help of an inmate law clerk two simultaneously a motion to revise and revoke my sentence and a motion to withdraw my guilty plea. Both motions were inadequately filed, but did challenge my criminal conviction.

7. On March 30th, 1999 my motion to withdraw guilty plea and request for a new trial was denied by justice Tierney of the Superior Court.

8. On April 28th, 1999 my motion for late revise and revoke was filed with the Superior Court.

9. On May 3rd, 1999 my motion for revise and revoke of sentence was denied by justice tierney of the Superior Court.

10. On December 9th, 1999, I filed a late notice of appeal.

11. On December 10th, 1999 Justice Tierney of the Superior Court denied my motion for late appeal.

12. On July 13th, 2000 the Appellate Division of the Superior Court denied my sentence appeal and affirmed the judgment.

13. On October 11th, 2002 I filed my motion for leave to file an amended motion for a new trial and withdrawal of guilty plea, along with my amended motions and memorandum of law in support.

14. On October 17th, 2002 the Superior Court declined to act on my amended motion for a new trial and withdrawal of guilty plea.

15. On December 30th, 2002, I filed a motion for reconsideration for a ruling and hearing on my motion to withdraw guilty

AFFIDAVIT PAGE THREE

plea and request for a new trial.

16. On January 13th, 2003 my motion for reconsideration was denied.

17. On December 4th, 2003, I filed a motion for leave to file a notice of appeal late. As I was waiting to hear from counsel.

18. On December 11th, 2003 the Superior Court denied my motion to file late notice of appeal.

19. All the above filed actions challenge directly my criminal conviction.

20. The one year statute of limitations to file a Writ of Habeas Corpus began tolling on December 12th, 2003. The Writ of Habeas Corpus petition was filed January 28th, 2004. The petition still had over 10 months before the statute of limitations would have run out.

21. For the above reasons I state that my Writ of Habeas Corpus was filed in a timely manner and the respondents motion to dismiss must be denied as a matter of law.

Subscribed and signed under the pains and penalties of perjury this 10th day of May 2004.

Respectfully Submitted
By The Petitioner

Solio Fernandez    pro se
MCI Norfolk
P.O.Box 43
Norfolk, Mass. 02056