UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

SOLIO FERNANDEZ,     :
        PETITIONER  :
                     :
V.                   :
                     :
LUIS SPENCER,        :
        RESPONDENT  :  NO. 04-10589-NMG

## MOTION TO STAY WRIT OF HABEAS CORPUS PENDING EXHAUSTION OF STATE REMEDIES

Now comes the petitioner Solio Fernandez, acting pro se hereby moves this Honorable Court to stay the proceedings of petitioners Writ of Habeas Corpus §2254 until the petitioner can exhaust his state remedies and be allowed to correct the deficiencies as stated in Magistrates Judge Cohen's report and recommendation to dismiss his Habeas Corpus petition. As grounds therefore, the petitioner is a state prisoner proceeding pro se. The respondent will not be prejudiced by the request as both sides seek equal justice.

WHEREFORE, the petitioner respectfully requests that this motion be allowed for basic fairness and justice.

Respectfully Submitted
By The Petitioner

_Soilo Fernandez_
Solio Fernandez      pro se
MCI Norfolk
P.O.Box 43
Norfolk, Mass. 02056

Date: January 20th, 2005

CERTIFICATE OF SERVICE

I, Solio Fernandez, hereby certify under the pains and penalties of perjury that a true copy of these documents has been served upon the respondent and/or his attorney of record Attorney General of Massachusetts, to his address located at the Office of The Attorney General, One Ashburton Place, Boston, Massachusetts 02108 on this date.

Dated: January 21st, 2005

Solio Fernandez