UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

SOLIO FERNANDEZ,
    PETITIONER

v.

LUIS SPENCER,
    RESPONDENT    NO. 04-10589-NMG

NOTICE OF APPEAL

Now comes the petitioner Solio Fernandez in the above entitled case and hereby notes his appeal to the United States Court of Appeals for the First Circuit from this Court's order of February 3rd, 2005 denying the petitioner's petition for a Writ of Habeas Corpus.

                        Respectfully Submitted
                        By The Petitioner

                        Solio Fernandez   pro se
                        MCI Norfolk
                        P.O. Box 43
                        Norfolk, Mass. 02056

Date: February 22nd, 2005