UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

SOLIO FERNANDEZ,
    PETITIONER

V.

LUIS SPENCER,
    RESPONDANTS    NO. 04-10589-NMG

<u>PETITIONER'S REQUEST FOR A CERTIFICATE OF APPEALIBILITY</u>

    Pursuant to FED.R.APP.P.RULE 22(b), First Circuit Interim LOC.R.22.1(b), and 28 U.S.C. §2253(c), the petitioner Solio Fernandez in the above-entitled case, having filed a timely notice of appeal from this court's order of February 3rd, 2005, denying his petition for a Writ of Habeas Corpus, hereby requests that this court grant a certificate of appealability with respect to the following issue:

    "Whether the District Court erred in dismissing the petitioners Writ of Habeas Corpus for being time barred as the petitioner failed to exhaust state remedies, where a request for a stay to exhaust was denied, had not for his failure to exhaust state remedies his petition would not be time barred."

    This Court's "order" denying the petition adopted the analysis of the "Report and Recommendations" of the Magistrate Judge; those "Report and Recommendations" responded directly to the argument in the petitioner's previous filing. The order also referred to the petitioners "objections" to the "Report and Recommendations." Thus the petitioner relies on his memorandum in support of his petition and his objections to the Magistrates Finding as making his "Substantial showing

Page Two

of the denial of a Constitutional Right." 28 U.S.C. §2253 (c)(2).

                                  Respectfully Submitted
                                  By The Petitioner

                                  *Solio E. Fernandez*
                                  Solio Fernandez    pro se
                                  P.O. Box 43
                                  Norfolk, Mass. 02056

Date: February 22nd, 2005

CERTIFICATE OF SERVICE

I, Solio Fernandez, hereby certify that a true copy of my notice of appeal has been served upon Daniel Smulow, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to his address located at the Office of The Attorney General, Criminal Bureau, One Ashburton Place, Boston, Massachusetts 02108 on this date.

Dated: February 23, 2005

*Solio E. Fernandez*
Solio Fernandez