# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10589

Solio Fernandez

v.

Luis Spencer

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/28/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 14, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/14/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, MOTREF

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10589-NMG

Fernandez v. Spencer
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/25/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

### Petitioner

**Solio Fernandez**      represented by   **Solio Fernandez**
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056
PRO SE

V.

### Respondent

**Superintendent Luis Spencer**   represented by   **Daniel I. Smulow**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: daniel.smulow@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 54854, filed by Solio Fernandez.(Rynne, Michelle) (Entered: 03/29/2004) |
| 03/25/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Rynne, Michelle) (Entered: 03/29/2004) |
| 03/30/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered:SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due APRIL 20, 2004. (Greenberg, Rebecca) (Entered: 03/30/2004) |
| 04/01/2004 |  | Return receipt received for mail sent to Cathryn Neaves Delivered on 3/31/04. (Rynne, Michelle) (Entered: 05/24/2004) |
| 04/16/2004 | 3 | MOTION to Dismiss by Luis Spencer.(Smith3, Dianne) (Entered: 04/20/2004) |
| 04/16/2004 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by Luis Spencer. (Smith3, Dianne) (Entered: 04/20/2004) |
| 04/26/2004 | 5 | MOTION for Extension of Time to 5/18/04 to File Response as to 3 MOTION to Dismiss by Solio Fernandez.(Rynne, Michelle) (Entered: 04/28/2004) |
| 04/28/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 5 MOTION for Extension of Time to 5/18/04 to File Response as to 3 MOTION to Dismiss by Solio Fernandez.(Greenberg, Rebecca) (Entered: 04/28/2004) |
| 05/17/2004 | 6 | Opposition re 3 MOTION to Dismiss filed by Solio Fernandez. (Rynne, Michelle) (Entered: 05/19/2004) |

| Date | # | Description |
|---|---|---|
| 05/17/2004 | 7 | MEMORANDUM in Opposition re 3 MOTION to Dismiss filed by Solio Fernandez. (Rynne, Michelle) (Entered: 05/19/2004) |
| 05/17/2004 | 8 | AFFIDAVIT in Opposition re 3 MOTION to Dismiss filed by Solio Fernandez. (Rynne, Michelle) (Entered: 05/19/2004) |
| 06/24/2004 | 9 | Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge Douglas P. Woodlock no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Greenberg, Rebecca) (Entered: 06/25/2004) |
| 11/17/2004 | 10 | Judge Nathaniel M. Gorton : ORDER entered REFERRING MOTION 3 MOTION to Dismiss filed by Luis Spencer to Magistrate Judge Lawrence P. Cohen cc/cl(Nicewicz, Craig) (Entered: 11/18/2004) |
| 01/13/2005 | 11 | Judge Lawrence P. Cohen : ORDER entered. REPORT AND RECOMMENDATIONS re 3 MOTION to Dismiss filed by Luis Spencer, Recommendation: allow Objections to R&R due by 1/28/2005(Cohen, Lawrence) (Entered: 01/13/2005) |
| 01/13/2005 |  | Case no longer referred to Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 01/13/2005) |
| 01/20/2005 | 12 | Objection to 11 REPORT AND RECOMMENDATIONS re 3 MOTION to Dismiss filed by Luis Spencer, Recommendation: allow. (Barrette, Mark) (Entered: 02/01/2005) |
| 01/20/2005 | 13 | MOTION to Stay Writ of Habeas Corpus Pending Exhaustion of State Remedies by Solio Fernandez. (Barrette, Mark) (Entered: 02/01/2005) |
| 02/03/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 11 Report and Recommendations Action on motion: accepted and |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | adopted, case dismissed. cc/cl(Nicewicz, Craig) (Entered: 02/04/2005)                                                                                                                                                                                                                                                                                                                                    |
| 02/28/2005 | 14 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations by Solio Fernandez. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/21/2005. (Barrette, Mark) (Entered: 03/03/2005) |
| 02/28/2005 | 15 | MOTION for a Certificate of Appealibilty by Solio Fernandez.(Barrette, Mark) (Entered: 03/03/2005)                                                                                                                                                                                                                                                                                                       |