UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

SOLIO FERNANDEZ,
    PETITIONER

V.

LUIS SPENCER,
    RESPONDENT

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the petitioner Solio Fernandez acting pro se, hereby moves this Honorable Court that he be allowed to proceed In Forma Pauperis in the above entitled action and his appeal to the First Circuit. In support thereof the petitioner states that he is a state prisoner currently confined at the MCI Norfolk, in Norfolk, Massachusetts, and is an indigent person as demonstrated in his filed affidavit of indigency.

                         Respectfully Submitted
                         By The Petitioner

                         Solio Fernandez    pro se
                         MCI Norfolk
                         P.O. Box 43
                         Norfolk, Mass. 02056

Date: March 22nd, 2005

CERTIFICATE OF SERVICE

I, Solio Fernandez, hereby certify under the pains and penalties of perjury that a true copy of this document has been served upon the respondents and/or his attorney of record Mr. Daniel Smulou, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to his address located at the office of the Attorney General, One Ashburton Place, Boston, Massachusetts on this date.

Dated: March 22nd, 2005

_Solio E Fernandez_
Solio Fernandez