# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

FILED
[IN CLERK'S] OFFICE
05 JUN -3 P 1: 29

District Court No. _04-CV-10589 NMG_
Appeal No. _05-1378_

Solio Fernandez, Petitioner
v.
Luis Spencer, Respondent

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: _Solio Fernando_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. <br><br> Date: _May 27th, 2005_ |

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A | $ 0 | $ N/A |
| Total Monthly income: | $ 0 | $ N/A | $ 0 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | None |
| None | None | None | None |
| None | None | None | None |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

2

4. How much cash do you and your spouse have? $ _Inmate Personal Account_ 193.59 / $ _Personal Savings_ 242.05

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ 0 | $ N/A |
| NONE | NONE | $ 0 | $ N/A |
| NONE | NONE | $ 0 | $ N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | | NONE | | Make & year: NONE | |
| NONE | | NONE | | Model: N/A | |
| NONE | | NONE | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: NONE | | NONE | | NONE | |
| Model: N/A | | NONE | | NONE | |
| Registration#: N/A | | NONE | | NONE | |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | 0 | 0 N/A |
| NONE | 0 | N/A |
| NONE | 0 | N/A |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| NONE | N/A | N/A |
| NONE | N/A | N/A |
| NONE | N/A | N/A |

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 15.00 week | $ N/A |
| Clothing | $ 25.00 month | $ N/A |
| Laundry and dry-cleaning | $ 6.00 month | $ N/A |
| Medical and dental expenses | $ 3.00 month | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
|    Homeowner's or renter's | $ 0 | $ N/A |
|    Life | $ 0 | $ N/A |
|    Health | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Other: None | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): None | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Credit card (name): None | $ 0 | $ N/A |
|    Department store (name): None | $ 0 | $ N/A |
|    Other: None | $ 0 | $ N/A |

4

|  |  |  |
|---|---|---|
| Alimony, maintenance, and support paid to others | child support $12.50 wk | $ n/a |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): None | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 144.00 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No         If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:
Filed For Appointment of counsel

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☐ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Currently Incarcerated and I Hold No prison Job, Further I Am under a Deportation order. Attached Is my Pavement Prison records That Indicate My personal Account + Savings Account. I Am not Authorized To use my Savings until released or Issuance of a court order per statute Title 137848

5

13. State the address of your legal residence.
MCI Norfolk, 2 Clark Street, P.O. Box 43
Norfolk, Massachusetts
Your daytime phone number: (___) N/A
Your age: 39        Your years of schooling: 1 year college

MASSACHUSETTS                                      MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | FERNANDEZ   SOILO | | |
| Commitment number.... | W65679 | | |
| Period encompassed.... | 11/23/2004 THRU | | 5/23/2005 |
| | Personal | Savings | Total |
| Six Month Average Daily Balance | 141.60 | 240.99 | 382.59 |
| 20% of Six Month Average Daily Balance | 76.52 | | |
| Total Expenditures for Period | | | 1412.67 |
| Total Income for Period | | | 1472.15 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _____*Marsha Collins*_____
MARSHA COLLINS, Treasurer

Time: _____1:22 PM_____
Date: _____5/27/05_____

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050531 14:22

Page: 1

| Commit# : | W65679 | | | | MCI NORFOLK | | | |
| Name : | FERNANDEZ, SOILO, , | | | Statement From | 20041123 | | | |
| Inst : | MCI NORFOLK | | | To | 20050523 | | | |
| Block : | 1-3 | | | | | | | |
| Cell/Bed : | 322 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $5,103.27 | $4,974.03 | $288.92 | $42.00 |
| 20041124 14:17 | ML - Mail | 3720993 | | NOR | NANCY LUNA -FERNANDEZ, NANCY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041124 14:51 | CI - Transfer from Club to Inmate A/c | 3721066 | | NOR | Nov. 04 Stipend -W65679 FERNANDEZ,SOILO PERSONAL--INMATE BENEFIT - Z1 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3737755 | | NOR | Canteen Date : 20041129 | $0.00 | $57.38 | $0.00 | $0.00 |
| 20041202 22:30 | CN - Canteen | 3761514 | | NOR | Canteen Date : 20041202 | $0.00 | $55.59 | $0.00 | $0.00 |
| 20041203 09:56 | IC - Transfer from Inmate to Club A/c | 3763891 | | NOR | INMATE CLOTHING PURCHASE - Z51--INMATE CLOTHING PURCHASE - Z51 | $0.00 | $40.10 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778932 | | NOR | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778933 | | NOR | | $0.00 | $0.00 | $0.55 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3811559 | | NOR | Canteen Date : 20041209 | $0.00 | $47.14 | $0.00 | $0.00 |
| 20041215 13:37 | ML - Mail | 3831683 | | NOR | NANCY LUNA -LUNA, NANCY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041215 13:37 | MA - Maintenance and Administration | 3831684 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3847410 | | NOR | Canteen Date : 20041216 | $0.00 | $32.01 | $0.00 | $0.00 |
| 20041220 12:29 | ML - Mail | 3855072 | | NOR | COLOCA CABA -COLOSA ?, CABA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041220 13:58 | AT - Account Transfer | 3855638 | | NOR | FOR MED CO-PAY -W65679 FERNANDEZ,SOILO  PERSONAL | $6.00 | $0.00 | $0.00 | $6.00 |
| 20041220 13:59 | IC - Transfer from Inmate to Club A/c | 3855642 | | NOR | 11/23/04 MED CO-PAY -MEDICAL CO-PAYMENT - Z4 MEDICAL CO-PAYMENT - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041221 14:34 | CI - Transfer from Club to Inmate A/c | 3861487 | | NOR | DEC 04 STIPEND -W65679 FERNANDEZ,SOILO PERSONAL--INMATE BENEFIT - Z1 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041222 22:30 | CN - Canteen | 3869728 | | NOR | Canteen Date : 20041222 | $0.00 | $56.07 | $0.00 | $0.00 |
| 20041223 15:46 | ML - Mail | 3881365 | | NOR | FELICIA LUNA | $60.00 | $0.00 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3904045 | | NOR | Canteen Date : 20041229 | $0.00 | $43.16 | $0.00 | $0.00 |
| 20041231 13:05 | ML - Mail | 3916796 | | NOR | FELICIA LUNA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050103 13:43 | EX - External Disbursement | 3919470 | 61929 | NOR | EDWARD R HAMILTON | $0.00 | $56.40 | $0.00 | $0.00 |
| 20050103 13:43 | MA - Maintenance and Administration | 3919471 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3946403 | | NOR | Canteen Date : 20050106 | $0.00 | $9.55 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980069 | | NOR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980070 | | NOR | | $0.00 | $0.00 | $0.62 | $0.00 |
| 20050114 14:10 | ML - Mail | 3998059 | | NOR | FELICIA LUNA | $260.00 | $0.00 | $0.00 | $0.00 |
| 20050114 14:10 | ML - Mail | 3998062 | | NOR | DANIEL FERNANDEZ 61 PEMBROKE AVE PROVIDENCE RI 02908 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4024406 | | NOR | Canteen Date : 20050120 | $0.00 | $57.74 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050531 14:22

Page: 2

| Commit# : | W65679 | | | MCI NORFOLK | | | |
|---|---|---|---|---|---|---|---|
| Name : | FERNANDEZ, SOILO, , | | | Statement From | 20041123 | | |
| Inst : | MCI NORFOLK | | | To | 20050523 | | |
| Block : | 1-3 | | | | | | |
| Cell/Bed : | 322 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050125 14:23 | CI - Transfer from Club to Inmate A/c | 4034035 | | NOR | JAN STIPEND- W65679 FERNANDEZ,SOILO PERSONAL--INMATE BENEFIT - Z1 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050126 09:48 | IC - Transfer from Inmate to Club A/c | 4039167 | | NOR | ~HAIRCUT REVENUE - Z3--HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050127 22:30 | CN - Canteen | 4051459 | | NOR | Canteen Date : 20050127 | $0.00 | $59.55 | $0.00 | $0.00 |
| 20050131 13:47 | CI - Transfer from Club to Inmate A/c | 4059583 | | NOR | 1/20/05 CANTEEN REFUND- W65679 FERNANDEZ,SOILO PERSONAL--KCN WASH ACCOUNT - Z5 | $2.40 | $0.00 | $0.00 | $0.00 |
| 20050201 14:06 | IC - Transfer from Inmate to Club A/c | 4065551 | | NOR | ~UNITED STATES DISTRICT COURT--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050201 14:07 | IC - Transfer from Inmate to Club A/c | 4065558 | | NOR | RECORD ATTORNEY GENERAL--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4085612 | | NOR | Canteen Date : 20050203 | $0.00 | $55.34 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109210 | | NOR | | $0.44 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109211 | | NOR | | $0.00 | $0.00 | $0.66 | $0.00 |
| 20050210 10:27 | EX - External Disbursement | 4133852 | 62662 | NOR | DAVE CAVANNA | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050210 10:27 | MA - Maintenance and Administration | 4133853 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050210 14:02 | ML - Mail | 4134600 | | NOR | FELICIA LUNA | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4137244 | | NOR | Canteen Date : 20050210 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20050215 09:27 | EX - External Disbursement | 4148398 | 62703 | NOR | DAVE CAVANNA | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050217 15:03 | CI - Transfer from Club to Inmate A/c | 4166536 | | NOR | feb stipend-W65679 FERNANDEZ,SOILO PERSONAL--INMATE BENEFIT - Z1 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4168630 | | NOR | ~Canteen Date : 20050217 | $0.00 | $57.79 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4197077 | | NOR | ~Canteen Date : 20050224 | $0.00 | $59.89 | $0.00 | $0.00 |
| 20050303 10:04 | IC - Transfer from Inmate to Club A/c | 4226954 | | NOR | ~z-23--AFRICAN AMERICAN - Z23--AFRICAN AMERICAN - Z23 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4230635 | | NOR | Canteen Date : 20050303 | $0.00 | $55.03 | $0.00 | $0.00 |
| 20050304 13:53 | ML - Mail | 4233847 | | NOR | NANCY LUNA -LUNA, NANCY, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050304 13:53 | MA - Maintenance and Administration | 4233848 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 16:41 | CI - Transfer from Club to Inmate A/c | 4240076 | | NOR | CANTEEN REFUND 2/03/05 -W65679 FERNANDEZ,SOILO PERSONAL--KCN WASH ACCOUNT - Z5 | $2.52 | $0.00 | $0.00 | $0.00 |
| 20050309 10:02 | IC - Transfer from Inmate to Club A/c | 4249308 | | NOR | ~PACKAGE TO  DANIEL SMULOW 02/25/05--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050309 10:03 | IC - Transfer from Inmate to Club A/c | 4249314 | | NOR | AIR MAIL PACKAGE TO UNITED STATES DISTRICT, 02/25/05--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4264463 | | NOR | Canteen Date : 20050310 | $0.00 | $59.91 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050531 14:22

| | | | | | Page 3 |
|---|---|---|---|---|---|
| Commit#: | W65679 | | | MCI NORFOLK | |
| Name: | FERNANDEZ, SOILO, , | | Statement From | 20041123 | |
| Inst: | MCI NORFOLK | | To | 20050523 | |
| Block: | 1-3 | | | | |
| Cell/Bed: | 322 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050311 09:43 | IC - Transfer from Inmate to Club A/c | 4267302 | | NOR | PACKAGE TO: SUPREME JUDICIAL COURT. 03/03/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050311 09:44 | IC - Transfer from Inmate to Club A/c | 4267310 | | NOR | PACKAGE TO: DANIEL I SMULOW 03/03/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050314 09:45 | ML - Mail | 4271338 | | NOR | FELICIANO M. LUNA | $160.00 | $0.00 | $0.00 | $0.00 |
| 20050314 15:00 | IC - Transfer from Inmate to Club A/c | 4272592 | | NOR | HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050315 13:33 | IC - Transfer from Inmate to Club A/c | 4277320 | | NOR | z-99~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280351 | | NOR | | $0.50 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280352 | | NOR | | $0.00 | $0.00 | $0.67 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4311699 | | NOR | Canteen Date 20050317 | $0.00 | $53.48 | $0.00 | $0.00 |
| 20050322 16:22 | CI - Transfer from Club to Inmate A/c | 4325185 | | NOR | MARCH STIPEND~W65679 FERNANDEZ,SOILO PERSONAL~INMATE BENEFIT - Z1 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050324 10:39 | IC - Transfer from Inmate to Club A/c | 4341553 | | NOR | PACKAGE TO: UNITED STATES COURTS OF APPEALS ON 03/09/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4344222 | | NOR | Canteen Date 20050324 | $0.00 | $42.78 | $0.00 | $0.00 |
| 20050331 22:30 | CN - Canteen | 4374478 | | NOR | Canteen Date 20050331 | $0.00 | $41.03 | $0.00 | $0.00 |
| 20050404 10:30 | ML - Mail | 4383965 | | NOR | FELECIA LUNA | $21.00 | $0.00 | $0.00 | $0.00 |
| 20050404 10:30 | MA - Maintenance and Administration | 4383967 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 14:22 | ML - Mail | 4386068 | | NOR | DONOR NOT LISTED MO #08-047486449 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4414787 | | NOR | Canteen Date : 20050407 | $0.00 | $59.62 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420338 | | NOR | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420339 | | NOR | | $0.00 | $0.00 | $0.80 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4463989 | | NOR | Canteen Date 20050414 | $0.00 | $43.13 | $0.00 | $0.00 |
| 20050420 09:35 | IC - Transfer from Inmate to Club A/c | 4480829 | | NOR | HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050420 09:59 | CI - Transfer from Club to Inmate A/c | 4480982 | | NOR | APRIL 2005 STIPEND W65679 FERNANDEZ,SOILO PERSONAL~INMATE BENEFIT - Z1 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050421 15:44 | IC - Transfer from Inmate to Club A/c | 4492530 | | NOR | POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494419 | | NOR | Canteen Date : 20050421 | $0.00 | $38.20 | $0.00 | $0.00 |
| 20050425 13:46 | ML - Mail | 4501443 | | NOR | Felicia Luna | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050428 15:40 | IC - Transfer from Inmate to Club A/c | 4523150 | | NOR | POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050428 15:48 | IC - Transfer from Inmate to Club A/c | 4523189 | | NOR | 4/20/05 MED CO-PAY~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050531 14:22

| Commit# : | W65679 | | | | | MCI NORFOLK | | Page: 4 |
|---|---|---|---|---|---|---|---|---|
| Name : | FERNANDEZ, SOILO | | | | Statement From | 20041123 | | |
| Inst : | MCI NORFOLK | | | | To | 20050523 | | |
| Block : | 1-3 | | | | | | | |
| Cell/Bed : | 322 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050428 15:48 | AT - Account Transfer | 4523188 | | NOR | FOR MED CO-PAY - W65679 FERNANDEZ,SOILO PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20050428 22:30 | CN - Canteen | 4525315 | | NOR | Canteen Date : 20050428 | $0.00 | $38.06 | $0.00 | $0.00 |
| 20050505 10:27 | IC - Transfer from Inmate to Club A/c | 4559474 | | NOR | -Letter to: United States District Court on 04/20/05 -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050505 10:28 | IC - Transfer from Inmate to Club A/c | 4559476 | | NOR | Insured Letter to Daniel Smulow Assistant DA on 04/20/05 -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050505 10:29 | IC - Transfer from Inmate to Club A/c | 4559485 | | NOR | -Letter to: United States Court on 04/20/05 -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050505 10:29 | IC - Transfer from Inmate to Club A/c | 4559503 | | NOR | -Letter to District Attorney Office in Bristol on 04/20/05 -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050505 10:30 | IC - Transfer from Inmate to Club A/c | 4559513 | | NOR | -Letter to Supreme Judicial Court on 04/20/05 -POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4564133 | | NOR | -Canteen Date : 20050505 | $0.00 | $40.61 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586790 | | NOR | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586791 | | NOR | | $0.00 | $0.00 | $0.83 | $0.00 |
| 20050516 13:57 | ML - Mail | 4623045 | | NOR | -Ramon Roman ROMAN, RAMON, | $255.00 | $0.00 | $0.00 | $0.00 |
| 20050516 13:57 | MA - Maintenance and Administration | 4623047 | | NOR | -Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050519 22:30 | CN - Canteen | 4648021 | | NOR | Canteen Date : 20050519 | $0.00 | $57.83 | $0.00 | $0.00 |
| | | | | | | $1,477.02 | $1,412.67 | $4.13 | $9.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $193.59 | $242.05 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $199.84 | $242.05 | $0.00 | $0.00 | $0.00 | $0.00 |