UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DIVISION

SOLIO FERNANDEZ, :
    PETITIONER :
     :
V. :
     :
LUIS SPENCER, :
    RESPONDENT : NO. 04-10589-NMG

PETITIONERS MOTION TO ENLARGE TIME

    Now comes the petitioner Solio Fernandez, acting pro se in the above-entitled matter and hereby moves this Honorable Court to enlarge the time limit for him to file his brief before this court up to and including August 31st, 2006.

    As grounds therefore the petitioner is a pro se litigant and is currently a state prisoner confined at MCI Norfolk. Petitioner has limited access to the institutional law library and is unlearned and unversed in law. Furthermore the librarian is currently on vacation and will not return until August 22nd, 2006. Most of the federal writ of habeas corpus materials are locked in the librarians office and unable to obtain. This additional time is needed for the petitioner to file and adequate and intelligent brief. No more continuences will be sought. The respondent will not be prejudiced by this request.

    WHEREFORE, the petitioner respectfully requests that this Honorable Court will grant his motion to enlarge the time limit to submit his brief up to and including August 31st, 2006.

PAGE TWO

Respectfully Submitted
By the Petitioner

*Solio Fernandez*   pro se
Solio Fernandez   pro se
MCI Norfolk
P.O.Box 43
Norfolk, Mass. 02056

Date: July 31st, 2006

CERTIFICATE OF SERVICE

I, Solio Fernandez, hereby certify under the pains and penalties of perjury that a true copy of my motion to enlarge time has been served upon Daniel I. Smulow, Assistant Attorney General, by mailing same postage prepaid first class mail to his address located at the Office of the Attorney General, One Ashburton Place, Boston, Massachusetts 02108 on this date.

Dated: July 31st, 2006

Solio Fernandez