

# United States Court of Appeals
## For the First Circuit

No. 05-1378

SOLIO FERNANDEZ,

Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT, MCI - NORFOLK,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Selya, Circuit Judge,
and Stahl, Senior Circuit Judge.

JUDGMENT

Entered:  December 5, 2006

   Pro se petitioner Fernandez requests a certificate of appealability (COA) from the district court's denial of his writ of habeas corpus under 28 U.S.C. §2254 for untimeliness. To obtain a COA, an applicant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). If the district court, as here, denies the petition on procedural grounds without reaching the merits of the constitutional claim, we must determine if "[J]urists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Although it appears there may be some procedural error, and uncertainty regarding whether the habeas petition was timely, the habeas record indicates that no jurists of reason would find it debatable whether the petition

states a valid, underlying constitutional claim. Whatever petitioner's attorney or the government may have told him about the probable length of sentence he would face, petitioner admits in his affidavit accompanying his motion for new trial that the state trial judge informed him during the plea hearing that he could be sentenced to 10-15 years. Yet petitioner still chose to proceed with his plea of guilty. Consequently, no substantial question presents itself for review.

Petitioner's request for a COA is _denied_.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk
Date: 12/06/06

By the Court:

Richard Cushing Donovan, Clerk.

By: _MARGARET CARTER_
Chief Deputy Clerk.

[cc: Solio Fernandez, Daniel I. Smulow, AAG]